# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1-24-cv-01174<br><br>**Judge Sunil R. Harjani** |

## PLAINTIFF ROADGET BUSINESS PTE. LTD.'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Roadget Business Pte. Ltd. respectfully moves this Court for entry of a preliminary injunction enjoining the unauthorized manufacture, importation, distribution, offering for sale, and sale of products bearing Roadget's Copyrights by Defendants identified in Schedule A to the Complaint. The scope of the preliminary injunction requested is substantially the same as that of the Temporary Restraining Order this Court entered on September 19, 2024. *See* Sealed Temporary Restraining Order, ECF No. 37. For the reasons set forth in the supporting Memorandum filed concurrently with this Motion, Roadget submits that a preliminary injunction, in the form of the proposed order emailed to this Court's proposed order inbox, should issue to protect Roadget from irreparable harm.

Dated: October 10, 2024                    Respectfully submitted,

        /s/ *Steven J. Horowitz*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor J. Wilson
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*