# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1-24-cv-01174<br><br>**Judge Sunil R. Harjani** |

## DECLARATION OF TAYLOR J. WILSON

I, Taylor J. Wilson, declare and state as follows:

1. I am an attorney licensed to practice in Illinois and before this Court. I am counsel for Plaintiff Roadget Business Pte. Ltd. in this matter.

2. I submit this Declaration in support of Plaintiff's Motion for Entry of a Preliminary Injunction. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify to these statements.

3. Attached as Exhibit 1 is a true and correct copy of an email from myself to Defendants, serving them with the First Amended Complaint and TRO on September 27, 2024.

4. Attached as Exhibit 2 is a true and correct copy of a spreadsheet ("Temu Seller Data Spreadsheet") sent as an email attachment from amanda.woodall@whitecase.com of the Temu legal team on September 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on October 10, 2024

                                               _____
                                               Taylor J. Wilson