# EXHIBIT 1

# Wilson, Taylor J

| | |
|---|---|
| **From:** | Wilson, Taylor J |
| **Sent:** | Friday, September 27, 2024 9:25 AM |
| **To:** | 787706821@qq.com; 524575415@qq.com; 286772239@qq.com; 724581026@qq.com; 1426077653@QQ.COM; 153026703@QQ.COM; 563059791@qq.com; 568864996@qq.com; 284116738@qq.com; 284116738@qq.com; 3468879262@qq.com; 1043980883@qq.com; 1055700209@qq.com; 845562770@qq.COM; 526933555@qq.com |
| **Cc:** | Springer-Ingram, Michael; Chari, Deepa A; Horowitz, Steven; Yang, Irene |
| **Subject:** | Roadget v. The Individuals et al., Case No. 24-cv-01174, Service of Complaint and TRO |
| **Attachments:** | Service of Process.zip |

Hello,

Please see attached for service a Summons, a Complaint, and a Temporary Restraining Order, as well as a minute order extending the TRO and setting a status hearing for October 17, 2024, filed in Case 24-cv-01174 in the Northern District of Illinois. You will also receive a separate email containing a link to a Sharefile folder containing these files.

Best,

Taylor Wilson


**TAYLOR J. WILSON**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 0161
taylor.wilson@sidley.com
www.sidley.com



**************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

**************************************************************************************