IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore, <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1-24-cv-01174 <br><br> **Judge Sunil R. Harjani** |

## NOTICE ON BEHALF OF THIRD-PARTY TEMU REGARDING MINUTE ORDER (DKT. 48)

**Please take notice** that pursuant to the Court's October 11, 2024 Order (Dkt. 48), Third-Party Temu provided its consent to unseal Plaintiff Roadget Business Pte. Ltd.'s Motion for Entry of a Preliminary Injunction (Dkt. 43) and supporting Memorandum (Dkt. 45). Counsel for Temu communicated its consent to Roadget by email on October 17, 2024, and requested that Roadget file this Notice. *See* Exhibit 1.

| | |
|---|---|
| Dated: October 18, 2024 | Respectfully submitted,<br><br>/s/ *Steven J. Horowitz*<br>Steven J. Horowitz<br>Deepa A. Chari<br>Taylor J. Wilson<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>shorowitz@sidley.com<br>dchari@sidley.com<br>taylor.wilson@sidley.com<br><br>*Counsel for Plaintiff*<br>*Roadget Business Pte. Ltd.* |