**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | Case No.: 1:24-cv-01174 |
| vs. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | **Judge Sunil R. Harjani** |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS NOS. 2, 3, 4, 8, 12, 14 & 15

Plaintiff Roadget Business Pte. Ltd., ("Plaintiff" or "Roadget"), by its counsel, moves this Court to enter Default and Default Judgment pursuant to Federal Rules of Civil Procedure 55(a) and 55(b)(2), against Defendants Nos. 2, 3, 4, 8, 12, 14, and 15 ("Defaulting Defendants") as listed on Schedule A, attached hereto as Exhibit A. A Memorandum of Law in support of this motion is filed concurrently with the motion.

November 7, 2024

Respectfully submitted,

By: */s/ Steven J. Horowitz*
Steven J. Horowitz
Deepa A. Chari
Taylor J. Wilson
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses provided by third parties for each of the Defaulting Defendants, including a link to said website.

November 7, 2024

Respectfully submitted,

By: /s/ Steven J. Horowitz
Steven J. Horowitz
Deepa A. Chari
Taylor J. Wilson
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*