**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>     Plaintiff,<br><br> vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>     Defendants | Case No.: 1:24-cv-01174<br><br>**Judge: Hon. Sunil R. Harjani** |

**EXHIBIT A TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

1

| No. | Defendant Seller | Store ID | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|---|
| 1. | Y Fashion | Settlement agreement reached. Awaiting fulfillment of settlement terms. | | | |
| 2. | LOVE APHRODITE | 2643617707509 | https://www.temu.com/ounifashion-m-2643617707509.html | VA 2-380-271 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099524346715 |
| | | | | VA 2-380-268 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099529801469 |
| | | | | VA 2-389-996 | https://www.temu.com/goods.html?goods_id=601099530841272 |
| 3. | Fashion Stardust | 634418212746741 | https://www.temu.com/fashion-stardust-m-634418212746741.html | VA 2-376-318 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099539557022 |
| 4. | CIothesBeIIe | 634418210760827 | https://www.temu.com/ciothesbeiie-m-634418210760827.html | VA 2-376-325 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099523563472 |
| 5. | A Seasons | Settlement agreement reached. Voluntary Dismissal filed (ECF No. 56). | | | |

| No. | Defendant Seller | Store ID | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|---|
| 6. | Sexy Candy | Settlement agreement reached. Voluntary Dismissal filed (ECF No. 56). | | | |
| 7. | Baris | Settlement agreement reached. Voluntary Dismissal filed (ECF No. 56). | | | |
| 8. | Plump Swimsuit | 260652791332 | https://www.temu.com/ounifashion-m-260652791332.html | VA 2-380-261 | https://www.temu.com/3pcs-plus-size-lightning-print-bikini-set-with-skirt-cover-ups-womens-plus-sexy-high-stretch-bikini-set-3pcs-g-601099512246441.html |
| 9. | JTLOVEJEAN | Settlement agreement reached. Voluntary Dismissal filed (ECF No. 56). | | | |
| 10. | JTZAFUL | Settlement agreement reached. Voluntary Dismissal filed (ECF No. 56). | | | |
| 11. | HongC | Settlement agreement reached. Voluntary Dismissal filed (ECF No. 56). | | | |
| 12. | Dora swim | 5050636482475 | https://www.temu.com/ounifashion-m-5050636482475.html | VA 2-378-749 | https://www.temu.com/plus-size-kawaii-bikini-set-womens-plus-mushroom-print-bikini-set-wrap-dress-cover-up-swimsuit-three-piece-set-g-601099516129039.html |

| No. | Defendant Seller | Store ID | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|---|
| 13. | Ling Wen Dress | Settlement agreement reached. Awaiting fulfillment of settlement terms. | | | |
| 14. | SZFS | 634418211329907 | https://www.temu.com/ounifashion-m-634418211329907.html | VA 2-380-264 | https://www.temu.com/contrast-trim-pleated-blouse-versatile-petal-sleeve-keyhole-blouse-for-spring-summer-womens-clothing-g-601099527997912.html |
| 15. | jiuwang | 4925860754795 | https://www.temu.com/ounifashion-m-4925860754795.html | VA 2-380-262 | https://www.temu.com/plus-size-sexy-bikini-bottoms-womens-plus-plain-drawstring-high-stretch-bikini-bottoms-g-601099515460371.html |