# __EXHIBIT 1__

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-318

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
December 22, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** March 24, 2023 to March 24, 2023

### Title _____

**Title of Group:** sw2212131818543635 Photographs
**Number of Photographs in Group:** 55

- **Individual Photographs:** M06202212139524_1.jpg,
  M06202212139524_2.jpg,
  M06202212139524_3.jpg,
  M06202212139524_4.jpg,
  M06202212139524_5 (1).jpg,
  M06202212139524_5 (2).jpg,
  M06202212139524_5 (3).jpg,
  M06202212139524_5 (4).jpg,
  M06202212139524_5 (5).jpg,
  M06202212139524_5 (6).jpg,
  M06202212139524_5 (7).jpg,
  M06202212139524_5 (8).jpg,
  M06202212139524_5 (9).jpg,
  M06202212139524_5 (10).jpg,
  M06202212139524_5 (11).jpg,
  M06202212139524_5 (12).jpg,
  M06202212139524_5 (13).jpg,
  M06202212139524_5 (14).jpg,
  M06202212139524_5 (15).jpg,
  M06202212139524_5 (16).jpg,
  M06202212139524_5 (17).jpg,
  M06202212139524_5 (18).jpg,
  M06202212139524_5 (19).jpg,
  M06202212139524_5 (20).jpg,
  M06202212139524_5 (21).jpg,
  M06202212139524_5 (22).jpg,
  M06202212139524_5 (23).jpg,
  M06202212139524_5 (24).jpg,
  M06202212139524_5 (25).jpg,
  M06202212139524_5 (26).jpg,
  M06202212139524_5 (27).jpg,
  M06202212139524_5 (28).jpg,
  M06202212139524_5 (29).jpg,

M06202212139524_5 (30).jpg,
M06202212139524_5 (31).jpg,
M06202212139524_5 (32).jpg,
M06202212139524_5 (33).jpg,
M06202212139524_5 (34).jpg,
M06202212139524_5 (35).jpg,
M06202212139524_5 (36).jpg,
M06202212139524_5 (37).jpg,
M06202212139524_5 (38).jpg,
M06202212139524_5 (39).jpg,
M06202212139524_5 (40).jpg,
M06202212139524_5 (41).jpg,
M06202212139524_5.jpg,
M06202212139524_6.jpg,
M06202212139524_7.jpg,
M06202212139524_8.jpg,
M06202212139524_9.jpg,
M06202212139524_10.jpg,
M06202212139524_11.jpg,
M06202212139524_12.jpg,
M06202212139524_13.jpg,
M06202212139524_14.jpg

**Published:** March 2023

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | March 24, 2023 |
| **Latest Publication Date in Group:** | March 24, 2023 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD.<br>12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | ROADGET BUSINESS PTE. LTD. |
| **Address:** | 12 Marina Boulevard, #15-01 |



Marina Bay Financial Centre
Singapore 018982 Singapore

## Certification

| | |
|---|---|
| **Name:** | Julia M. Chester |
| **Date:** | December 22, 2023 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-325

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
December 22, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** October 05, 2021 to October 05, 2021

### Title _____

**Title of Group:** sw2109080221162718 Photographs
**Number of Photographs in Group:** 31

- **Individual Photographs:** M06202109089499_1.jpg,
  M06202109089499_2.jpg,
  M06202109089499_3 (1).jpg,
  M06202109089499_3 (2).jpg,
  M06202109089499_3 (3).jpg,
  M06202109089499_3 (4).jpg,
  M06202109089499_3 (5).jpg,
  M06202109089499_3 (6).jpg,
  M06202109089499_3 (7).jpg,
  M06202109089499_3 (8).jpg,
  M06202109089499_3 (9).jpg,
  M06202109089499_3 (10).jpg,
  M06202109089499_3 (11).jpg,
  M06202109089499_3 (12).jpg,
  M06202109089499_3 (13).jpg,
  M06202109089499_3 (14).jpg,
  M06202109089499_3 (15).jpg,
  M06202109089499_3 (16).jpg,
  M06202109089499_3 (17).jpg,
  M06202109089499_3 (18).jpg,
  M06202109089499_3 (19).jpg,
  M06202109089499_3 (20).jpg,
  M06202109089499_3 (21).jpg,
  M06202109089499_3.jpg,
  M06202109089499_4.jpg,
  M06202109089499_5.jpg,
  M06202109089499_6.jpg,
  M06202109089499_7.jpg,
  M06202109089499_8.jpg,
  M06202109089499_9.jpg,
  M06202109089499_10.jpg

**Published:** October 2021

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | October 05, 2021 |
| **Latest Publication Date in Group:** | October 05, 2021 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD. |
|  | 12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | ROADGET BUSINESS PTE. LTD. |
| **Address:** | 12 Marina Boulevard, #15-01 |
|  | Marina Bay Financial Centre |
|  | Singapore 018982 Singapore |

## Certification

|  |  |
|---|---|
| **Name:** | Julia M. Chester |
| **Date:** | December 22, 2023 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the |

Page 2 of 3



group and the Case Number assigned to the application.

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-378-749

**Effective Date of Registration:**
January 16, 2024
**Registration Decision Date:**
January 16, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 01, 2021 to May 01, 2021

### Title _____

| | |
|---|---|
| **Title of Group:** | swswim03210309003 Photographs |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | M03202102271353_1.jpg, M03202102271353_2.jpg, M03202102271353_3.jpg, M03202102271353_4(1).jpg, M03202102271353_4.jpg, M03202102271353_5.jpg, M03202102271353_6.jpg |
| **Published:** | May 2021 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | May 01, 2021 |
| **Latest Publication Date in Group:** | May 01, 2021 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD. 12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, |

|  |  |
|---|---|
| | 018982, Singapore |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | ROADGET BUSINESS PTE. LTD. |
| **Address:** | 12 Marina Boulevard, #15-01 |
| | Marina Bay Financial Centre |
| | Singapore 018982 Singapore |

## Certification

|  |  |
|---|---|
| **Name:** | Julia M. Chester |
| **Date:** | January 16, 2024 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-380-261**

**Effective Date of Registration:**
January 23, 2024
**Registration Decision Date:**
January 24, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   July 06, 2021 to July 06, 2021

### Title _____

| | |
|---|---|
| **Title of Group:** | swswim25210610147 Photographs |
| **Number of Photographs in Group:** | 5 |
| • **Individual Photographs:** | 69511x0001d23-47051838.jpg, M01202106026130_1.jpg, M01202106026130_2.jpg, M01202106026130_3.jpg, M01202106026130_4.jpg |
| **Published:** | July 2021 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | July 06, 2021 |
| **Latest Publication Date in Group:** | July 06, 2021 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD. 12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | ROADGET BUSINESS PTE. LTD. |
| **Address:** | 12 Marina Boulevard, #15-01 |
| | Marina Bay Financial Centre |
| | Singapore 018982 Singapore |

## Certification

| | |
|---|---|
| **Name:** | Julia M. Chester |
| **Date:** | January 23, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| | |
| | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102 (a), and 113. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-380-262

**Effective Date of Registration:**
January 23, 2024
**Registration Decision Date:**
January 24, 2024



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:     May 19, 2021 to May 19, 2021

### Title _____

|  |  |
|---|---|
| **Title of Group:** | swswim03210301449 Photographs |
| **Number of Photographs in Group:** | 6 |
| • **Individual Photographs:** | 67333v0001D9d-33853257.jpg, M03202101251892_1.jpg, M03202101251892_2.jpg, M03202101251892_3.jpg, M03202101251892_4.jpg, M03202101251892_5.jpg |
| **Published:** | May 2021 |

### Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | May 19, 2021 |
| **Latest Publication Date in Group:** | May 19, 2021 |
| **Nation of First Publication:** | United States |

### Author _____

|  |  |
|---|---|
| • **Author:** | GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

### Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD. 12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore |

**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** ROADGET BUSINESS PTE. LTD.
**Address:** 12 Marina Boulevard, #15-01
Marina Bay Financial Centre
Singapore 018982 Singapore

## Certification

**Name:** Julia M. Chester
**Date:** January 23, 2024

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102 (a), and 113.

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-380-268**

**Effective Date of Registration:**
January 23, 2024
**Registration Decision Date:**
January 24, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
      **For Photographs Published:**   February 17, 2023 to February 17, 2023

### Title _____

        **Title of Group:**  si2211163272862414 Photographs
  **Number of Photographs in Group:**  5

-   **Individual Photographs:**  M03202211169437_1.jpg,
          M03202211169437_2.jpg,
          M03202211169437_3.jpg,
          M03202211169437_4.jpg,
          M03202211169437_5.jpg
        **Published:**  February 2023

### Completion/Publication _____

        **Year of Completion:**  2022
  **Earliest Publication Date in Group:**  February 17, 2023
  **Latest Publication Date in Group:**  February 17, 2023
    **Nation of First Publication:**  United States

### Author _____

-         **Author:**  GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD.
      **Author Created:**  photographs
    **Work made for hire:**  Yes
        **Domiciled in:**  China

### Copyright Claimant _____

     **Copyright Claimant:**  ROADGET BUSINESS PTE. LTD.
                       12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore,
                       018982, Singapore
       **Transfer statement:**  By written agreement

## Rights and Permissions

**Organization Name:** ROADGET BUSINESS PTE. LTD.
**Address:** 12 Marina Boulevard, #15-01
Marina Bay Financial Centre
Singapore 018982 Singapore

## Certification

**Name:** Julia M. Chester
**Date:** January 23, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102 (a), and 113.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-380-271

**Effective Date of Registration:**
January 23, 2024
**Registration Decision Date:**
January 24, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   June 08, 2022 to June 08, 2022

### Title _____

**Title of Group:** si2204203346093923 Photographs
**Number of Photographs in Group:** 5

- **Individual Photographs:** M03202204209170_1.jpg,
M03202204209170_2.jpg,
M03202204209170_3.jpg,
M03202204209170_4.jpg,
M03202204209170_5.jpg
**Published:** June 2022

## Completion/Publication _____

**Year of Completion:** 2022
**Earliest Publication Date in Group:** June 08, 2022
**Latest Publication Date in Group:** June 08, 2022
**Nation of First Publication:** United States

## Author _____

- **Author:** GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD.
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** China

## Copyright Claimant _____

**Copyright Claimant:** ROADGET BUSINESS PTE. LTD.
12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore,
018982, Singapore
**Transfer statement:** By written agreement

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | ROADGET BUSINESS PTE. LTD. |
| **Address:** | 12 Marina Boulevard, #15-01 |
|  | Marina Bay Financial Centre |
|  | Singapore 018982 Singapore |

## Certification

|  |  |
|---|---|
| **Name:** | Julia M. Chester |
| **Date:** | January 23, 2024 |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102 (a), and 113.

**Registration Number**

# VA 2-389-996

**Effective Date of Registration:**
April 08, 2024
**Registration Decision Date:**
April 08, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 10, 2022 to November 10, 2022

### Title _____

| | |
|---|---|
| **Title of Group:** | si2210181705113135 Photographs |
| **Number of Photographs in Group:** | 6 |
| • **Individual Photographs:** | 642c2249-2b5c-4ec7-9152-db4095d85b4c.jpg, cc56de2e-29f3-4944-87c4-82b8573e97f0.jpg, ed1ecf6e-08af-4903-b9b4-090722b63eea.jpg, f46a829a-ed2f-4ffd-850e-c1336fb6432a.jpg, fc0943cb-6ced-4cb9-b153-8ebbab2de507.jpg, fd93e2f9-9688-400e-b66a-b99aac60daf1.jpg |
| **Published:** | November 2022 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | November 10, 2022 |
| **Latest Publication Date in Group:** | November 10, 2022 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD. 12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore |

**Transfer statement:** By written agreement

## Certification _____

**Name:** Julia M. Chester
**Date:** April 08, 2024

_____

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-380-264

**Effective Date of Registration:**
January 23, 2024
**Registration Decision Date:**
January 24, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: April 25, 2022 to April 25, 2022

### Title _____

Title of Group: sw2202212191051877 Photographs
Number of Photographs in Group: 5

- Individual Photographs: M062022022113063_1.jpg,
  M062022022113063_2.jpg,
  M062022022113063_3.jpg,
  M062022022113063_4.jpg,
  M062022022113063_5.jpg
  Published: April 2022

### Completion/Publication _____

Year of Completion: 2022
Earliest Publication Date in Group: April 25, 2022
Latest Publication Date in Group: April 25, 2022
Nation of First Publication: United States

### Author _____

- Author: GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD.
  Author Created: photographs
  Work made for hire: Yes
  Domiciled in: China

### Copyright Claimant _____

Copyright Claimant: ROADGET BUSINESS PTE. LTD.
12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore
Transfer statement: By written agreement

## Rights and Permissions

**Organization Name:** ROADGET BUSINESS PTE. LTD.
**Address:** 12 Marina Boulevard, #15-01
Marina Bay Financial Centre
Singapore 018982 Singapore

## Certification

**Name:** Julia M. Chester
**Date:** January 23, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102 (a), and 113.