# EXHIBIT 2

Polka Dot Print Blouse Elegant
temu.com/goods.html?_bg_fs=1&goods_id=601099523563472&from_share=1&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fdf881ef2f7cb3cc062066b9ef30d556a.jpg&refer_sha...
Free shipping on all orders
Exclusive offer
Price adjustment
Within 30 days
Get the Temu App
Best Sellers
5-Star Rated
Big Game
New Arrivals
Categories
skirts women clearance
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Clothing › Women's Blouses & Shirts › Polka Dot Print Blouse, El...
Polka Dot Print Blouse, Elegant V Neck Ruffle Trim Blouse, Women's Clothing
8.6K+ sold | Provided by
4.8
#42 Top Rated in Women's Blouses & Shirts ›
$5.18 Pay $1.29 today -82% $29.99
4 interest-free biweekly installments
BIG GAME Deal
Free shipping on all orders
Exclusive offer
Color: Red
Red
Black
White
Dark Green
Navy Blue
Apricot
Size Standard US
Size guide
S M L XL XXL
93% of customers say these fit true to size
Qty 1
Almost sold out
Hurry! Over 999 people have this in their carts
Add to cart
Just added a Apricot color! Saved $21.01.
Add the same
Just added a Navy Blue color! Saved $21.01.
Add the same
Provided by ClothesBelle. Ships from Temu.
Shipping ›
Standard: free on all orders
Delivery: Feb 12-20, 78.9% are ≤ 11 days
Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 9-17, 73.3% are ≤ 8
5,630 reviews | 4.8
All reviews are from verified purchases
BONUS COUPONS
Subscribe
Messages
Feedback

Temu | Checkout
temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_order_tip_ui_style"%3A"1"%2C"ck_float_layer_type"%3A"2"%2C"cart_morgan_token"%3A"57e2d2b2-ce47-4f58-9a2f-7b08d15c4e92"%2C"h...
Free shipping on all orders
Exclusive offer
Delivery guarantee
Refund for any issues
Get the Temu App
All data is encrypted
Home > Checkout
Free standard shipping on all orders
Exclusive offer
Shipping address
Change address
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc.
Delivery: Feb 12-20, get a $5 credit for late delivery
Order summary
Apply
Apply coupon code
Item(s) total: $29.99
Item(s) discount: -$24.81
$5.18
$5.18
FREE
$0.53
Order total $5.71
Item details
1 item is almost gone!
Polka Dot Print Blouse, Elegant V Neck Ruffle Trim Blouse, Women...
By — ClothesBelle
Red / XL(12)
Qty: 1
Big Game Deal | Ends in 09:15:07:49
Almost sold out
$5.18 $29.99 -82%
Item details (1) 1 item is almost gone!
$5.18 $29.99
Qty: 1
Plant with Temu
We invite you to plant a tree for $0.25
Submit order
15:07:51
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Payment methods
Card
PayPal
Cash App Pay
Venmo

Plus Size Kawaii Bikini Set Wom
temu.com/plus-size-kawaii-bikini-set-womens-plus-mushroom-print-bikini-set-wrap-dress-cover-up-swimsuit-three-piece-set-g-601099516129039.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2...
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
TEMU
Best Sellers
HOT
5-Star Rated
Valentine's Day
New Arrivals
Categories
curvy plus clearance
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Curve Clothing › Curve Beachwear › Plus Size Kawaii Bikini Se...
Plus Size Kawaii Bikini Set, Women's Plus Mushroom Print Bikini Set & Wrap Dress Cover Up Swimsuit Three Piece Set
2.2K+ sold | Provided by (4K+ sold) ›
4.7
$9.59 Pay $2.39 today -70% $31.98
afterpay Klarna. affirm 4 interest-free biweekly installments
Free shipping on all orders
Save $2.99+ on shipping
Color: Multicolor
Multicolor
Royal Blue
Size:
90% of customers say these fit true to size
0XL
1XL
2XL
3XL
4XL
Size guide
Can't find your size? ›
Qty
1
Only 5 left
38 people purchased 2+ times
Add to cart
Provided by Dora swim. Ships from Temu.
Shipping ›
Standard: free on all orders
Delivery: Feb 5-10, 72.3% are ≤ 10 days
Courier company: USPS, UPS, etc.
Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 2-7, 74.6% are ≤ 8
Courier company: UPS, DHL,
Temu's Commitments ›
Security & Privacy
Delivery guarantee
32 people viewed in the last 24 hours
567 reviews | 4.7
All reviews are from verified purchases
BONUS COUPONS
Subscribe
Messages
Feedback

Temu | Checkout
temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_order_tip_ui_style"%3A"1"%2C"ck_float_layer_type"%3A"2"%2C"cart_morgan_token"%3A"c34e7141-f839-405d-84e3-f6e19c4a7060"%2C"ha...
Free shipping
Save $2.99+ on shipping
Free returns
Within 90 days
Get the Temu App
Refund if item damaged
Home
Checkout
Free standard shipping on all orders
Save $2.99+ on shipping
Shipping address
Change address
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc.
Delivery: Feb 5-10, get a $5 credit for late delivery
Order summary
Apply
Apply coupon code
Item(s) total:
$31.98
Item(s) discount:
-$22.39
$9.59
$9.59
FREE
$0.98
Order total
$10.57
Item details
1 item is almost gone!
Plus Size Kawaii Bikini Set, Women's Plus Mushroom Print Bikini Se...
By Dora swim
Multicolor / 2XL
Qty: 1
Special sale | Ends in 02:10:38:06
$9.59 $31.98 -70%
Only 6 left
Item details (1) 1 item is almost gone!
Only 6 left
$9.59 $31.98
Qty: 1
Plant with Temu
We invite you to plant a tree for $0.25
Submit order
11:38:07
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Payment methods
Card
PayPal
Cash App Pay
Venmo
Subscribe

Temu | Checkout
Elastic Waist Washed Bootcut Je
temu.com/goods.html?_bg_fs=1&goods_id=601099539557022&from_share=1&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F521952ec-0f10-4c0b-add4-ec9edd2d5c4b.jpg&refer_share_id=5dc7dc87-b373-4...
Free shipping on all orders
Exclusive offer
Free returns
Within 90 days
Get the Temu App
Best Sellers
5-Star Rated
Big Game
New Arrivals
Categories
two piece set outfits clearance
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Clothing › Women's Jeans › Elastic Waist Washed Bootc...
Elastic Waist Washed Bootcut Jeans, Slant Pockets High Stretch Casual Denim Trousers, Women's Denim Jeans & Clothing
400 sold | Provided by (1.4K+ sold) ›
4.6
#1 Best Seller from this provider
$12.82 Pay $3.20 today -71% $44.84
4 interest-free biweekly installments
BIG GAME Deal
Free shipping on all orders
Exclusive offer
Color: Medium Blue
Size Standard US
Size guide
S M L XL XXL
73% of customers say these fit true to size
Qty 1
Almost sold out
In demand! 23 sold in the last 24 hours
Add to cart
Just added a size XL! Saved $32.02.
Add the same
Just added a Medium Blue color! Saved $32.02.
Add the same
Provided by Fashion Stardust. Ships from Temu.
Shipping ›
Standard: free on all orders
Delivery: Feb 12-20, 78.9% are ≤ 11 days
Courier company: USPS, UPS, etc.
Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 9-17, 73.3% are ≤ 8
Courier company: UPS, DHL,
Temu's Commitments ›
Security & Privacy
Delivery guarantee
57 reviews | 4.6
All reviews are from verified purchases
BONUS COUPONS
Subscribe
Messages
Feedback

Temu | Checkout
Temu | Checkout
temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_order_tip_ui_style"%3A"1"%2C"cart_morgan_token"%3A"21c5eaa0-84e5-40e3-b3f3-7069b55f47bf"%2C"has_daily_percent_promotion"%3A...
Free shipping on all orders
Exclusive offer
Delivery guarantee
Refund for any issues
Get the Temu App
All data is encrypted
Home
Checkout
Free standard shipping on all orders
Exclusive offer
Shipping address
Change address
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc.
Delivery: Feb 12-20, get a $5 credit for late delivery
Item details
1 item is almost gone!
Elastic Waist Washed Bootcut Jeans, Slant Pockets High Stretch Ca...
By Fashion Stardust
Medium Blue / S(4)
Qty: 1
Special sale | Ends in 24:14:03:29
Almost sold out
$12.82 $44.84 -71%
Item details (1) 1 item is almost gone!
Almost sold out
$12.82 $44.84
Qty: 1
Payment methods
Card
PayPal
Cash App Pay
Venmo
Order summary
Apply
Apply coupon code
Item(s) total: $44.84
Item(s) discount: -$32.02
$12.82
$12.82
FREE
Feb 12-20
$1.31
$14.13
Plant with Temu
We invite you to plant a tree for $0.25
Submit order
15:03:30
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Subscribe

Plus Size Naughty Lingerie Dres
temu.com/goods.html?_bg_fs=1&goods_id=601099529801469&from_share=1&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fa96a3eb70e9d7eade691ee5da31ab5e9.jpg&refer_s...
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
Best Sellers
HOT
5-Star Rated
Valentine's Day
New Arrivals
Categories
nighties women clearance
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Curve Clothing › Curve Sexy Lingerie & Costumes › Plus Size Naughty Lingerie...
Plus Size Naughty Lingerie Dress, Women's Plus Patchwork Mesh Lettuce Trim See Through Maid Costume Slips With Free Panty
236 sold | Provided by (26K+ sold) ›
4.8
#1 Best Provider in Curve Sexy Lingerie & Costumes ›
$9.44 Pay $2.36 today
afterpay Klarna. affirm 4 interest-free biweekly installments
Free shipping on all orders
Save $2.99+ on shipping
Color: Mixed Color
Size Standard US
Size guide
1XL
2XL
3XL
4XL
95% of customers say these fit true to size
Qty 1
Only 1 left
Hurry! Almost sold out and in 391 people's carts!
Add to cart
Provided by LOVE APHRODITE. Ships from Temu.
Shipping ›
Standard: free on all orders
Delivery: Feb 5-10, 72.3% are ≤ 10 days
Courier company: USPS, UPS, etc.
Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 2-7, 74.6% are ≤ 8
Courier company: UPS, DHL,
Temu's Commitments ›
Security & Privacy
Safe payments
Secure privacy
Delivery guarantee
$5.00 Credit for delay
15-day no update refund
Refund if item damaged
30-day no delivery refund
Free returns · Price adjustment ›
Sustainability at Temu (4M+ trees) ›
2,691 reviews | 4.8
All reviews are from verified purchases
BONUS COUPONS
Subscribe
Messages
Feedback

Temu | Checkout
temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_order_tip_ui_style"%3A"1"%2C"ck_float_layer_type"%3A"2"%2C"cart_morgan_token"%3A"2791acbc-a79a-4626-8a47-c5847aada07c"%2C"h...
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
All data is encrypted
Home > Checkout
Free standard shipping on all orders
Save $2.99+ on shipping
Shipping address
Change address
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc.
Delivery: Feb 5-10, get a $5 credit for late delivery
Item details
1 item is almost gone!
Plus Size Naughty Lingerie Dress, Women's Plus Patchwork Mesh L...
By LOVE APHRODITE
Mixed Color / 3XL(18)
Qty: 1
Special sale | Ends in 02:10:40:24
Only 15 left
$9.44
Item details (1) 1 item is almost gone!
Only 15 left
$9.44
Qty: 1
Order summary
Apply
Apply coupon code
Item(s) total: $9.44
$9.44
FREE
$0.97
$10.41
We invite you to plant a tree for $0.25
Submit order
11:40:25
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Card information is secure and uncompromised
All data is encrypted
Temu never sells your card information
Payment methods
Card
PayPal
Cash App Pay
Venmo
Subscribe

Plus Size Sexy Lingerie Dress W
temu.com/goods.html?_bg_fs=1&goods_id=601099524346715&from_share=1&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F1444dc67118a7c4a59725f06b68e88dc.jpg&refer_sh...
Free shipping
Save $2.99+ on shipping
Price adjustment
Within 30 days
Get the Temu App
TEMU
Best Sellers
HOT
5-Star Rated
Valentine's Day
New Arrivals
Categories
curvy plus clearance
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Curve Clothing › Curve Sexy Lingerie & Costumes › Plus Size Sexy Lingerie Dr...
Plus Size Sexy Lingerie Dress, Women's Plus Contrast Lace Cold Shoulder Split Sheer Flowy Mesh Dress With Free Panty
213 sold | Provided by (26K+ sold) ›
4.8
#1 Best Provider in Curve Sexy Lingerie & Costumes ›
$9.89 Pay $2.47 today -50% $19.98
afterpay Klarna. affirm 4 interest-free biweekly installments
Valentine's Day
Free shipping on all orders
Save $2.99+ on shipping
Color: Black
Size Standard US
Size guide
1XL 2XL 3XL 4XL
91% of customers say these fit true to size
Qty 1
Only 9 left
100% of this item's reviews are positive
Add to cart
Provided by LOVE APHRODITE. Ships from Temu.
Shipping ›
Standard: free on all orders
Delivery: Feb 5-10, 72.3% are ≤ 10 days
Courier company: USPS, UPS, etc.
Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 2-7, 74.6% are ≤ 8
Courier company: UPS, DHL,
Temu's Commitments ›
Security & Privacy
Safe payments
Secure privacy
Delivery guarantee
$5.00 Credit for delay
15-day no update refund
Refund if item damaged
30-day no delivery refund
Free returns · Price adjustment ›
Sustainability at Temu (4M+ trees) ›
2,690 reviews | 4.8
All reviews are from verified purchases
BONUS COUPONS
Subscribe
Messages
Feedback

Temu | Checkout
temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_order_tip_ui_style"%3A"1"%2C"ck_float_layer_type"%3A"2"%2C"cart_morgan_token"%3A"c0ae0fc7-1e82-4f0e-8ccd-5e50b7bb2c7e"%2C"ha...
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
All data is encrypted
Home › Checkout
Free standard shipping on all orders
Save $2.99+ on shipping
Shipping address
Change address
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc.
Delivery: Feb 5-10, get a $5 credit for late delivery
Item details (1) 1 item is almost gone!
Only 17 left
$9.89 $19.98
Qty: 1
Payment methods
Card
PayPal
Cash App Pay
Venmo
Order summary
Apply
Apply coupon code
Item(s) total: $19.98
Item(s) discount: -$10.09
$9.89
$9.89
FREE
tax: $1.01
Order total $10.90
Plant with Temu
We invite you to plant a tree for $0.25
Submit order
11:42:36
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Subscribe
Item details
1 item is almost gone!
Plus Size Sexy Lingerie Dress, Women's Plus Contrast Lace Cold Sh...
By LOVE APHRODITE
Black / 2XL(16)
Qty: 1
Special sale | Ends in 02:10:42:36
Only 17 left
$9.89 $19.98 -50%

Sexy Lingerie Set Plus Size Wor

temu.com/goods.html?goods_id=601099530841272

Free shipping Special for you | $18 off over $100 On items shipped from local warehouses | 01:08:17:39 | Free returns Within 90 days | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Mother's Day | Local Warehouse | Categories | women dresses summer | Hello,na***ty Orders & Account | Support | EN

Home › Women's Curve Clothing › Curve Sexy Lingerie & Costumes › Plus Size Sexy Lingerie Se...

6,288 reviews | 4.8 ★★★★★ All reviews are from verified purchases

Plus Size Sexy Lingerie Set, Women's Plus Floral Lace Ring Linked Strappy Bra & Panty Lingerie 2 Piece Set

66 sold | Provided by ▬ (45K+ sold) › 4.8 ★★★★★

$6.98 Pay $1.74 today -30% limited time ~~$9.99~~

afterpay Klarna. affirm 4 interest-free biweekly installments

Mother's Day | ✓ Free shipping special for you Exclusive offer

Color: Silvery Grey

Size: Size guide

1XL 2XL 3XL 4XL

83% of customers say these fit true to size

Qty 1

✓ Add this item and get it soon!

**Add to cart**
Only 3 left | 30% off

Provided by LOVE APHRODITE. Ships from Temu.

**Ships from Temu ›**

Standard: FREE
Delivery: May 15-22, 77.7% within 10 days
Courier company: USPS, UPS, etc.

Express: $12.90 or FREE (orders ≥ $
Delivery: May 13-20, 77.0% withi
Courier company: UPS, OnTra

**Temu's Commitments ›**

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

**Free returns · Price adjustment ›**

**Sustainability at Temu (8M+ trees) ›**

Subscribe
Messages
Feedback

Plus Size Lightning Print Bikini S
temu.com/3pcs-plus-size-lightning-print-bikini-set-with-skirt-cover-ups-womens-plus-sexy-high-stretch-bikini-set-3pcs-g-601099512246441.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fenhanced_images%...
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
Best Sellers
HOT
5-Star Rated
Valentine's Day
New Arrivals
Categories
HR00259
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Curve Clothing › Curve Beachwear › 3pcs Plus Size Lightning P...
3pcs Plus Size Lightning Print Bikini Set With Skirt Cover Ups, Women's Plus Sexy High Stretch Bikini Set 3pcs
42 sold | Provided by (6.3K+ sold) ›
4.7
$9.89 Pay $2.47 today -84% $64.99
4 interest-free biweekly installments
Free shipping on all orders
Save $2.99+ on shipping
Color: Multicolor
Size Standard US
Size guide
0XL 1XL 2XL 3XL 4XL
86% of customers say these fit true to size
Qty 1
Only 1 left
Hurry! Almost sold out and in 107 people's carts!
Add to cart
Provided by Plump Swimsuit. Ships from Temu.
Free shipping on all orders
Delivery: Feb 5-10, 72.3% are ≤ 10 days
Courier company: USPS, UPS, OnTrac, LaserShip, DHL eCommerce, etc.
Temu's Commitments ›
Security & Privacy
✓ Safe payments
✓ Secure privacy
Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Refund if item damaged
✓ 30-day no delivery refund
Free returns · Price adjustment ›
Sustainability at Temu (4M+ trees) ›
Highlight
703 reviews | 4.7
All reviews are from verified purchases
Subscribe
Messages
Feedback

Temu | Checkout
temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_order_tip_ui_style"%3A"1"%2C"ck_float_layer_type"%3A"2"%2C"cart_morgan_token"%3A"1340610c-ea15-4fc7-a5ad-a84e6ef5c43e"%2C"ha...
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
All data is encrypted
Home > Checkout
Free standard shipping on all orders
Save $2.99+ on shipping
Shipping address
Change address
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc.
Delivery: Feb 5-10, get a $5 credit for late delivery
Item details
1 item is almost gone!
3pcs Plus Size Lightning Print Bikini Set With Skirt Cover Ups, Wo...
By Plump Swimsuit
Multicolor / 4XL(20)
Qty: 1
Big sale | Ends in 16:17:55:08
$9.89 $64.99 -84%
Only 1 left
This item can't be shipped by Express
Item details (1) 1 item is almost gone!
Only 1 left
$9.89 $64.99
Qty: 1
Payment methods
Card
PayPal
Cash App Pay
Venmo
Order summary
Apply
Apply coupon code
Item(s) total: $64.99
-$55.10
$9.89
$9.89
FREE
$1.01
$10.90
Plant with Temu
We invite you to plant a tree for $0.25
Submit order
09:55:09
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Subscribe

Contrast Trim Pleated Blouse Ve
temu.com/contrast-trim-pleated-blouse-versatile-petal-sleeve-keyhole-blouse-for-spring-summer-womens-clothing-g-601099527997912.html
Free shipping on all orders
Exclusive offer
Price adjustment
Within 30 days
Get the Temu App
TEMU
Best Sellers
HOT
5-Star Rated
Big Game
New Arrivals
Categories
women blouses tops
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Clothing › Women's Blouses & Shirts › Contrast Trim Pleated Blou...
Contrast Trim Pleated Blouse, Versatile Petal Sleeve Keyhole Blouse For Spring & Summer, Women's Clothing
1.1K+ sold | Provided by (10K+ sold) ›
4.7
#3 Best Seller from this provider
$6.48 Pay $1.62 today -78% $29.99
afterpay Klarna. affirm 4 interest-free biweekly installments
BIG GAME Deal
Free shipping on all orders
Exclusive offer
Color: Rosen
Red
Rosen
Pale Pinkish Gray
Light Blue
Apricot
Green
Size Standard US
Size guide
S
M
L
XL
94% of customers say these fit true to size
Qty 1
Only 9 left
Hurry! Almost sold out and in 1.1K+ people's carts!
Add to cart
Provided by SZFS. Ships from Temu.
Shipping ›
Standard: free on all orders
Delivery: Feb 16-24, 76.5% are ≤ 11 days
Courier company: USPS, UPS, etc.
Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 13-21, 73.0% are ≤
Courier company: UPS, DHL,
Temu's Commitments ›
3 people added to cart in the last 24 hours
911 reviews | 4.7
All reviews are from verified purchases
Subscribe
Messages
Feedback

Temu | Checkout
temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_order_tip_ui_style"%3A"1"%2C"ck_float_layer_type"%3A"2"%2C"cart_morgan_token"%3A"66ec3170-f368-49ea-880b-cba1038851c7"%2C"m...
Free shipping on all orders
Exclusive offer
Free returns
Within 90 days
Get the Temu App
Refund if item damaged
Home > Checkout
Free standard shipping on all orders
Exclusive offer
Shipping address
Change address
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc.
Delivery: Feb 16-24, get a $5 credit for late delivery
Item details
1 item is almost gone!
Contrast Trim Pleated Blouse, Versatile Petal Sleeve Keyhole Blous...
By SZFS
Rosen / XL(12)
Qty: 1
Big Game Deal | Ends in 05:12:15:16
Only 9 left
$6.48 $29.99 -78%
Item details (1) 1 item is almost gone!
Only 9 left
$6.48 $29.99
Qty: 1
Order summary
Apply
Apply coupon code
Item(s) total: $29.99
Item(s) discount: -$23.51
$6.48
$6.48
FREE
$0.66
Order total $7.14
Plant with Temu
We invite you to plant a tree for $0.25
Submit order
12:15:17
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Payment methods
Card
PayPal
Cash App Pay
Venmo
Subscribe

Plus Size Sexy Bikini Bottoms W
temu.com/plus-size-sexy-bikini-bottoms-womens-plus-plain-drawstring-high-stretch-bikini-bottoms-g-601099515460371.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2...
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
Best Sellers
5-Star Rated
Valentine's Day
New Arrivals
Categories
GC07975
Hello, na***ty
Orders & Account
Support
EN
Home › Women's Curve Clothing › Curve Beachwear › Plus Size Sexy Bikini Bott...
Plus Size Sexy Bikini Bottoms, Women's Plus Plain Drawstring High Stretch Bikini Bottoms
1.5K+ sold | Provided by (7.7K+ sold) ›
4.8
#1 Best Seller from this provider
$3.29 Pay $0.82 today -92% $41.33
4 interest-free biweekly installments
Free shipping on all orders
Save $2.99+ on shipping
Color: Black
Size Standard US
Size guide
0XL 1XL 2XL 3XL 4XL
92% of customers say these fit true to size
Qty 1
Only 6 left
39 people purchased 2+ times
Add to cart
Provided by jiuwang. Ships from Temu.
Shipping ›
Standard: free on all orders
Delivery: Feb 5-10, 72.3% are ≤ 10 days
Courier company: USPS, UPS, etc.
Express: $12.90 or FREE (orders ≥ $
Delivery: Feb 2-7, 74.6% are ≤ 8
Courier company: UPS, DHL,
Temu's Commitments ›
Security & Privacy
Safe payments
Secure privacy
Delivery guarantee
$5.00 Credit for delay
15-day no update refund
Refund if item damaged
30-day no delivery refund
Free returns · Price adjustment ›
Sustainability at Temu (4M+ trees) ›
16 people viewed in the last 24 hours
986 reviews | 4.8
All reviews are from verified purchases
BONUS COUPONS
Subscribe
Messages
Feedback

Temu | Checkout
Free shipping
Save $2.99+ on shipping
Delivery guarantee
Refund for any issues
Get the Temu App
All data is encrypted >
Home > Checkout
Free standard shipping on all orders
Save $2.99+ on shipping
Shipping address
Change address >
Nathan Petty +1 (615)934-1015
1 S Dearborn St, 37
CHICAGO, IL 60603-2302, United States
Shipping methods
Standard: FREE
Courier company: USPS, UPS, OnTrac, etc. >
Delivery: Feb 5-10, get a $5 credit for late delivery
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $41.33
Item(s) discount: -$38.04
$3.29
$3.29
FREE
$0.34
Order total $3.63
Item details
1 item is almost gone!
Plus Size Sexy Bikini Bottoms, Women's Plus Plain Drawstring High...
By jiuwang
Black / 2XL(16)
Qty: 1
Only 6 left
Big sale | Ends in 16:19:16:53
$3.29 $41.33 -92%
Item details (1) 1 item is almost gone!
Only 6 left
$3.29 $41.33
Qty: 1
Plant with Temu
We invite you to plant a tree for $0.25
Submit order
11:16:54
Temu's tree planting commitment
Temu has planted trees all around the world and has been awarded a Trees for the Future certification
Temu protects your card information
Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
Payment methods
Card
PayPal
Cash App Pay
Venmo
Subscribe