# **<u>EXHIBIT 3</u>**

| No. | TRO Mall ID | entity name | total frozen amount for named Mall IDs and email associated Mall IDs (USD) (as of 2024-09-25) | physical address(displayed on the storefront) | email address | authorized individual representing the entity | phone number of the authorized individual |
|---|---|---|---|---|---|---|---|
| 1 | 2118475630 | Tianmenshishiruinvzhuangfushidian | 1123.37 | https://www.temu.com/v-fashion-m-2118475630.html | 787706821@qq.com | Unknown | Unknown |
| 2 | 2643617707509 | Sichuanaiersikeqi Co., Ltd. | 76.68 | https://www.temu.com/ounifashion-m-2643617707509.html | 524575415@qq.com | Unknown | Unknown |
|   |   |   |   |   |   | Unknown | Unknown |
| 3 | 634418212746741 | Haikoulonghuapinglinboshangmaoxing(getigongshanghu) | 0 | https://www.temu.com/fashion-stardust-m-634418212746741.html | 286772239@qq.com | Unknown | Unknown |
| 4 | 634418210760827 | Tianmenshimurongfanfushidian | 816.38 | https://www.temu.com/ciothesbeue-m-634418210760827.html | 724581026@qq.com | Unknown | Unknown |
| 5 | 634418211701399 | Ganzhoudongboshangmao Co., Ltd. | 1910.68 | https://www.temu.com/ounifashion-m-634418211701399.html | 1426077653@QQ.COM | Unknown | Unknown |
| 6 | 277908875921 | Foshanshinanhaiquxianquntidiaoneiyifushichang | 403.91 | https://www.temu.com/ounifashion-m-277908875921.html | 1530267703@QQ.COM | Unknown | Unknown |
| 7 | 634418209800033 | Ziwei Liu | 495.91 | https://www.temu.com/ounifashion-m-634418209800033.html | 563059791@qq.com | Unknown | Unknown |
| 8 | 260652791332 | Xingchengshiailangzhiyichang | 4.11 | https://www.temu.com/ounifashion-m-260652791332.html | 568864996@qq.com | Unknown | Unknown |
| 9 | 142377848743 | Foshansuweinafuzhuang Co., Ltd. | 38276.41 | https://www.temu.com/ounifashion-m-142377848743.html | 284116738@qq.com | Unknown | Unknown |
| 10 | 378628955345 | Foshansuweinafuzhuang Co., Ltd. | 38276.41 | https://www.temu.com/ounifashion-m-378628955345.html | 284116738@qq.com | Unknown | Unknown |
| 11 | 266259049134 | Xingchengshihongchengzhiyichang | 1353.57 | https://www.temu.com/ounifashion-m-266259049134.html | 3468879262@qq.com | Unknown | Unknown |
| 12 | 505063648247 | Xingchengshiyunshengfuzhuangfushidian | 62.08 | https://www.temu.com/ounifashion-m-505063648247.html | 1043980883@qq.com | Unknown | Unknown |
| 13 | 429378755256 | Guangzhoushitianhequshuangfushidian | 70.89 | https://www.temu.com/ounifashion-m-429378755256.html | 1055700209@qq.com | Unknown | Unknown |
| 14 | 634418211329907 | Guangzhoushengzhifushi Co., Ltd. | 40.16 | https://www.temu.com/ounifashion-m-634418211329907.html | 845562770@qq.COM | Unknown | Unknown |
| 15 | 492586075479 | xingchengshijiuwangzhiyichang | 36.47 | https://www.temu.com/ounifashion-m-492586075479.html | 526933555@qq.com | Unknown | Unknown |

| Goods id | the number of allegedly infringing units sold (U.S.) | the revenue of the goods sold (USD) | |
|---|---|---|---|
| 601099529743157 | 2002 | 23630.78 | 1 |
| 601099524346715 | 216 | 2002.43 | 2 |
| 601099529801469 | 245 | 2153.3 | 2 |
| 601099530841272 | 59 | 383.57 | 2 |
| 601099539557022 | 360 | 4498.83 | 3 |
| 601099523563472 | 11959 | 76724.25 | 4 |
| 601099527621179 | 70 | 462.09 | 5 |
| 601099516670208 | 97 | 517.19 | 6 |
| 601099532904287 | 817 | 5340.7 | 7 |
| 601099512246441 | 36 | 548.59 | 8 |
| 601099521506562 | 25 | 191.1 | 9 |
| 601099516987939 | 223 | 1722.22 | 10 |
| 601099521888061 | 317 | 4422.19 | 11 |
| 601099516129039 | 2060 | 18140.75 | 12 |
| 601099531116482 | 24 | 252.7 | 13 |
| 601099527997912 | 923 | 5531.02 | 14 |
| 601099515460371 | 1550 | 6187.35 | 15 |