# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Roadget Business Pte. Ltd.

                        Plaintiff,

v.

Case No.: 1:24−cv−01174

Honorable Sunil R. Harjani

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Before the Court is plaintiff's motion [57] for entry of default and default judgment against Defendant Nos. 2, 3, 4, 8, 12, 14 & 15. Defendant Nos. 2, 3, 4, 8, 12, 14 & 15 have failed either to plead or to otherwise appear to defend against this action. Accordingly, an order of default is entered under Rule 55(a) of the Federal Rules of Civil Procedure. Any objections to the motion for entry of default judgment must be filed on or before 11/14/2024. If no objections are filed by that date, the Court will consider the motion unopposed. The Court will also rule on the papers unless a hearing is requested by 11/14/2024. A hearing, to be conducted via teleconferencing, may be requested by filing a Request for Hearing as a separate entry on the docket. Plaintiff must serve this minute order upon all remaining defendants within one business day of its entry on the docket and must promptly file proof of that service. A tentative default judgment hearing is set for 11/21/2024 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.