# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:24-cv-01174 <br><br> **Judge Sunil R. Harjani** |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's October 15, 2024 Order, ECF No. 52, Plaintiff Roadget Business Pte. Ltd. ("Plaintiff" or "Roadget") submits the following status report regarding the status of Defendants not subject to Plaintiff's Motion for Entry of Default and Default Judgment (ECF No. 57).

Roadget has reached settlement agreements with all Defendants that are not subject to the Motion for Entry of Default and Default Judgment (Defendant Nos. 1, 5, 6, 7, 9, 10, 11, and 13). Roadget filed a Notice of Voluntary Dismissal as to Defendant Nos. 5, 6, 7, 9, 10, and 11. ECF No. 56. Roadget plans to file a similar Notice of Voluntary Dismissal as to Defendant Nos. 1 and 13 when it has confirmed receipt of their settlement payments.

| | |
|---|---|
| November 7, 2024 | Respectfully submitted,<br><br>By:  */s/ Steven J. Horowitz*<br>  Steven J. Horowitz<br>  Deepa A. Chari<br>  Taylor J. Wilson<br>  **SIDLEY AUSTIN LLP**<br>  One South Dearborn Street<br>  Chicago, IL 60603<br>  (312) 853-7000<br>  shorowitz@sidley.com<br>  dchari@sidley.com<br>  taylor.wilson@sidley.com<br><br>  *Counsel for Plaintiff*<br>  *Roadget Business Pte. Ltd.* |